**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | : : : | CIVIL ACTION<br><br>MDL NO. 3094<br>24-md-3094 |
| THIS DOCUMENT RELATES TO<br><br>*Henry Hicks v. Novo Nordisk, Inc. et al.* | : : : : : | INDIVIDUAL CASE NO: 2:26-cv-07541 |

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

COMES NOW Evan D. Buxner with The Gori Law Firm and enters his appearance as counsel for Plaintiff, Henry Hicks.

DATED: September 30, 2026

THE GORI LAW FIRM

/s/ Evan D. Buxner

Evan D. Buxner, IL Bar #6221006 (Pro Hac Vice)
156 N. Main Street
Edwardsville, IL 62025
Ph: (618) 659-9833
Fax: (618) 659-9834
E-Mail: evan@gorilaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I caused the foregoing to be filed electronically which will send notice to all registered parties.

Dated: September 30, 2026

*/s/ Evan Buxner*
Evan Buxner